Case 13-49527    Doc 48    Filed 10/10/14    Entered 10/12/14 23:26:23    Desc Imaged
Certificate of Notice    Page 1 of 6

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BURCIAGA, RAFAEL | § | Case No. 13-49527 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/06/2014 in Courtroom 680,
          United States Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/25/2014          By: /s/ Andrew J. Maxwell
                                                        Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BURCIAGA, RAFAEL § Case No. 13-49527
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,593.80 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,593.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,148.45 | $ 0.00 | $ 814.87 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 5,315.00 | $ 0.00 | $ 3,771.20 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 10.90 | $ 0.00 | $ 7.73 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $    4,593.80 |
| Remaining Balance | $    0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,024.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 655.52 | $ 0.00 | $ 0.00 |
| 000002 | Capital One Bank (USA), N.A. | $ 417.37 | $ 0.00 | $ 0.00 |
| 000003 | State Farm Mutual Automobile Ins. Co. | $ 11,951.52 | $ 0.00 | $ 0.00 |
| 000004 | Ireneusz Koroluk as father and next | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000005 | Ireneusz Koroluk | $ 45,000.00 | $ 0.00 | $ 0.00 |
| 000006 | Magdalena Koroluk | $ 40,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                              Prepared By: /s/Andrew J. Maxwell
                                                              Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 13-49527-JPC
RAFAEL BURCIAGA                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: acox              Page 1 of 2              Date Rcvd: Oct 10, 2014
                               Form ID: pdf006         Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2014.
```
db          +RAFAEL BURCIAGA,    4500 N. St. Louis Avenue, 1st Floor,    Chicago, IL 60625-5420
aty         +Maxwell Law Group, LLC,    105 W. Adams, Ste 3200,    Chicago, IL 60603-6209
21380683    +AmeriCash Loans, L.L.C.,    c/o Dustin Mauldin (agent),    880 Lee Street, Ste. 302,
              Des Plaines, IL 60016-6487
21380682    +AmeriCash Loans, L.L.C.,    4815 W. Irving Park Road,    Chicago, IL 60641-2719
21380684    +Aniol, Halina, MD,    Chicago Pediatric & Neonatology Ctr,    7447 W. Talcott Avenue,
              Chicago, IL 60631-3745
21380685   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     Po Box 982235,    El Paso, TX 79998)
21380686   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     Capital One Bank (USA), N.A.,    P.O. Box 85520,
              Richmond, VA 23285)
21380688    +Capital One,    Capital One Bank (USA), N.A.,     P.O. Box 6492,    Carol Stream, IL 60197-6492
21967018     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
21380690    +Car Outlet, Inc.,    4210 N. Western Avenue,    Chicago, IL 60618-2816
21380694    +Direct Auto Insurance Company,     330 S. Wells Street, Ste. 910,    Chicago, IL 60606-7104
21380693     Direct Auto Insurance Company,     2917 W. Irving Park Road,    Chicago, IL 60618
21380695    +Guilford-Martin, Patricia,    c/o Polansky & Cichon, Chtd.,     180 N. Stetson Avenue, Ste. 5250,
              Chicago, IL 60601-6795
21380696    +HSBC Bank,    PO Box 19360,    Portland, OR 97280-0360
21380697    +Hsbc Bank,    Po Box 30253,    Salt Lake City, UT 84130-0253
21380698    +ILL. State Toll Highway Authority,     2700 Ogden Avenue,    Downers Grove, IL 60515-1703
21380699    +ILL. State Toll Highway Authority,     PO Box 5201,    Lisle, IL 60532-5201
21380702    +Ireneusz Koroluk,    Law Office of Daniel E Goodman, LLC,     9701 West Higgins, Ste 601,
              Rosemont, IL 60018-4703
21380701    +Ireneusz Koroluk as father and next,     best friend of David Koroluk, a minor,
              Law Office of Daniel E Goodman, LLC,    9701 West Higgins, Ste 601,    Rosemont, IL 60018-4703
21380700    +Justina Guzman,    4500 N. St. Louis Avenue, 2nd Floor,    Chicago, IL 60625-5420
21380704    +Law Office of Daniel Goodman, LLC,    9701 W. Higgins Road, Ste. 601,    Rosemont, IL 60018-4703
21380707    +Liu, Jennifer, MD,    Resurrection Medical Center,    7435 W. Talcott Avenue,
              Chicago, IL 60631-3746
21380703    +Magdalena Koroluk,    Law Office of Daniel E Goodman, LLC,    9701 West Higgins, Ste 601,
              Rosemont, IL 60018-4703
21380719    +Norwood Park Fire Protection Dist.,     7447 W. Lawrence Avenue,    Harwood Heights, IL 60706-3411
21380718    +Norwood Park Fire Protection Dist.,     9815 W. Lawrence Avenue,    Schiller Park, IL 60176-1125
21380722    +Professional Acct. Mgmt. LLC,    633 W Wisconsin Ave Ste. 1600,    Milwaukee, WI 53203-1920
21380720    +Professional Acct. Mgmt. LLC,    Collection Services Division,    PO Box 391,
              Milwaukee, WI 53201-0391
21380724    +Resurrection Health Care,    Resurrection Medical Center,    7435 W. Talcott Avenue,
              Chicago, IL 60631-3746
21380726    +Scott L. Spiegel,    Law Office of Daniel Goodman, LLC,    9701 W. Higgins Road, Ste. 601,
              Rosemont, IL 60018-4703
22206494    +State Farm Mutual Automobile Ins. Co.,     c/o Yudkin & Brebner, PLLC,    860 S. Northpoint Blvd.,
              Waukegan, IL 60085-8211
21380733    +T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
21380731    +T-Mobile,    PO Box 790047,    Saint Louis, MO 63179-0047
21380735    +T-Mobile Financial,    PO Box 2400,    Young America, MN 55553-2400
21380739    +TCF Bank,    8690 East Point Douglas Road South,    Cottage Grove, MN 55016-4007
21380737    +TCF Bank,    TCF Financial Corporation,    200 Lake Street,    Wayzata, MN 55391-1693
21380738    +TCF Bank,    TCF National Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-0865
21380741    +TCF National Bank,    8690 East Point Douglas Road South,    Cottage Grove, MN 55016-4007
21380740    +TCF National Bank,    800 Burr Ridge Parkway,    Willowbrook, IL 60527-0865
21380742    #Total Finance, LLC,    Total Finance, L.L.C.,    2917 W. Irving Park Road,    Chicago, IL 60618
21380743    +Yudkin & Brebner, LLC,    PO Box 320,    Waukegan, IL 60079-0320
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21380692     +E-mail/Text: gfranco@continentalfurn.com Oct 11 2014 00:23:28      Continental Furniture,
              Continental Credit Corporation,    2743 W. 36th Place,    Chicago, IL 60632-1616
21380708     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2014 00:22:47      Midland Credit Management, Inc.,
              P.O. Box 60578,    Los Angeles, CA 90060-0578
21380709     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2014 00:22:47      Midland Credit Management, Inc.,
              8875 Aero Drive,    San Diego, CA 92123-2255
21380712     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2014 00:22:47      Midland Credit Mgmt., Inc.,
              Department 8870,    Los Angeles, CA 90084-0001
21380714     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2014 00:22:47      Midland Funding LLC,
              8875 Aero Drive,  Ste. 200,    San Diego, CA 92123-2255
21380716     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2014 00:22:47      Midland Funding LLC,
              Midland Credit Management, Inc.,    P.O. Box 60578,    Los Angeles, CA 90060-0578
21380729     +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 11 2014 00:23:18
              State Farm Insurance Companies,    State Farm Mutual Auto Ins. Co.,    P.O. Box 2374,
              Bloomington, IL 61702-2374
21380730     +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 11 2014 00:23:18
              State Farm Mutual Automobile,    Insurance Company,    PO Box 2374,    Bloomington, IL 61702-2374
```

```
District/off: 0752-1          User: acox                  Page 2 of 2                  Date Rcvd: Oct 10, 2014
                              Form ID: pdf006             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                    TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21380687*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    Capital One Bank (USA), N.A.,    P.O. Box 85520,
                   Richmond, VA 23285)
21380689*       +Capital One,    Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
21380691*       +Car Outlet, Inc.,    4210 N. Western Avenue,    Chicago, IL 60618-2816
21380705*       +Law Office of Daniel Goodman, LLC,    9701 W. Higgins Road, Ste. 601,    Rosemont, IL 60018-4703
21380706*       +Law Office of Daniel Goodman, LLC,    9701 W. Higgins Road, Ste. 601,    Rosemont, IL 60018-4703
21380710*       +Midland Credit Management, Inc.,    P.O. Box 60578,    Los Angeles, CA 90060-0578
21380711*       +Midland Credit Management, Inc.,    8875 Aero Drive,    San Diego, CA 92123-2255
21380713*       +Midland Credit Mgmt., Inc.,    Department 8870,    Los Angeles, CA 90084-0001
21380715*       +Midland Funding LLC,    8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
21380717*       +Midland Funding LLC,    Midland Credit Management, Inc.,    P.O. Box 60578,
                  Los Angeles, CA 90060-0578
21380723*       +Professional Acct. Mgmt. LLC,    633 W Wisconsin Ave Ste. 1600,    Milwaukee, WI 53203-1920
21380721*       +Professional Acct. Mgmt. LLC,    Collection Services Division,    PO Box 391,
                  Milwaukee, WI 53201-0391
21380725*       +Resurrection Health Care,    Resurrection Medical Center,    7435 W. Talcott Avenue,
                  Chicago, IL 60631-3746
21380727*       +Scott L. Spiegel,    Law Office of Daniel Goodman, LLC,    9701 W. Higgins Road, Ste. 601,
                  Rosemont, IL 60018-4703
21380728*       +Scott L. Spiegel,    Law Office of Daniel Goodman, LLC,    9701 W. Higgins Road, Ste. 601,
                  Rosemont, IL 60018-4703
21380734*       +T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
21380732*       +T-Mobile,    PO Box 790047,    Saint Louis, MO 63179-0047
21380736*       +T-Mobile Financial,    PO Box 2400,    Young America, MN 55553-2400
                                                                                              TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2014                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2014 at the address(es) listed below:
```
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Gregory D. Bruno    on behalf of Debtor RAFAEL   BURCIAGA mpbrunos@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```