UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BURCIAGA, RAFAEL § Case No. 13-49527
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Car Outlet, Inc. 4210 N. Western Avenue Chicago, IL 60618 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Continental Furniture Continental Credit Corporation 2743 W. 36th Place Chicago, IL 60632 | | | | | |
| | Total Finance, LLC Total Finance, L.L.C. 2917 W. Irving Park Road Chicago, IL 60618 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AmeriCash Loans, L.L.C. 4815 W. Irving Park Road Chicago, IL 60641 | | | | | |
| | AmeriCash Loans, L.L.C. c/o Dustin Mauldin (agent) 880 Lee Street, Ste. 302 Des Plaines, IL 60016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aniol, Halina, MD Chicago Pediatric & Neonatology Ctr 7447 W. Talcott Avenue Chicago, IL 60631 | | | | | |
| | Bank of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Capital One Capital One Bank (USA), N.A. P.O. Box 6492 Carol Stream, IL 60197 | | | | | |
| | Capital One Capital One Bank (USA), N.A. P.O. Box 6492 Carol Stream, IL 60197 | | | | | |
| | Capital One Capital One Bank (USA), N.A. P.O. Box 85520 Richmond, VA 23285 | | | | | |
| | Capital One Capital One Bank (USA), N.A. P.O. Box 85520 Richmond, VA 23285 | | | | | |
| | Car Outlet, Inc. 4210 N. Western Avenue Chicago, IL 60618 | | | | | |
| | Direct Auto Insurance Company 2917 W. Irving Park Road Chicago, IL 60618 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Direct Auto Insurance Company 330 S. Wells Street, Ste. 910 Chicago, IL 60606 | | | | | |
| | Guilford-Martin, Patricia c/o Polansky & Cichon, Chtd. 180 N. Stetson Avenue, Ste. 5250 Chicago, IL 60601 | | | | | |
| | HSBC Bank PO Box 19360 Portland, OR 97280 | | | | | |
| | Hsbc Bank Po Box 30253 Salt Lake City, UT 84130 | | | | | |
| | ILL. State Toll Highway Authority 2700 Ogden Avenue Downers Grove, IL 60515 | | | | | |
| | ILL. State Toll Highway Authority PO Box 5201 Lisle, IL 60532 | | | | | |
| | Koroluk, David by his father, Ireneusz Koroluck 6520 W. Diversey Chicago, IL 60707 | | | | | |
| | Koroluk, Ireneusz 6520 W. Diversey Chicago, IL 60707 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Koroluk, Magdalena 6520 W. Diversey Chicago, IL 60707 | | | | | |
| | Law Office of Daniel Goodman, LLC 9701 W. Higgins Road, Ste. 601 Rosemont, IL 60018 | | | | | |
| | Law Office of Daniel Goodman, LLC 9701 W. Higgins Road, Ste. 601 Rosemont, IL 60018 | | | | | |
| | Law Office of Daniel Goodman, LLC 9701 W. Higgins Road, Ste. 601 Rosemont, IL 60018 | | | | | |
| | Liu, Jennifer, MD Resurrection Medical Center 7435 W. Talcott Avenue Chicago, IL 60631 | | | | | |
| | Midland Credit Management, Inc. 8875 Aero Drive San Diego, CA 92123 | | | | | |
| | Midland Credit Management, Inc. 8875 Aero Drive San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060 | | | | | |
| | Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060 | | | | | |
| | Midland Credit Mgmt., Inc. Department 8870 Los Angeles, CA 90084 | | | | | |
| | Midland Credit Mgmt., Inc. Department 8870 Los Angeles, CA 90084 | | | | | |
| | Midland Funding LLC 8875 Aero Drive, Ste. 200 San Diego, CA 92123 | | | | | |
| | Midland Funding LLC 8875 Aero Drive, Ste. 200 San Diego, CA 92123 | | | | | |
| | Midland Funding LLC Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Midland Funding LLC Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060 |  |  |  |  |  |
|  | Norwood Park Fire Protection Dist. 7447 W. Lawrence Avenue Harwood Heights, IL 60706 |  |  |  |  |  |
|  | Norwood Park Fire Protection Dist. 9815 W. Lawrence Avenue Schiller Park, IL 60176 |  |  |  |  |  |
|  | Professional Acct. Mgmt. LLC 633 W Wisconsin Ave Ste. 1600 Milwaukee, WI 53203 |  |  |  |  |  |
|  | Professional Acct. Mgmt. LLC 633 W Wisconsin Ave Ste. 1600 Milwaukee, WI 53203 |  |  |  |  |  |
|  | Professional Acct. Mgmt. LLC Collection Services Division PO Box 391 Milwaukee, WI 53201 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Professional Acct. Mgmt. LLC Collection Services Division PO Box 391 Milwaukee, WI 53201 | | | | | |
| | Resurrection Health Care Resurrection Medical Center 7435 W. Talcott Avenue Chicago, IL 60631 | | | | | |
| | Resurrection Health Care Resurrection Medical Center 7435 W. Talcott Avenue Chicago, IL 60631 | | | | | |
| | Scott L. Spiegel Law Office of Daniel Goodman, LLC 9701 W. Higgins Road, Ste. 601 Rosemont, IL 60018 | | | | | |
| | Scott L. Spiegel Law Office of Daniel Goodman, LLC 9701 W. Higgins Road, Ste. 601 Rosemont, IL 60018 | | | | | |
| | Scott L. Spiegel Law Office of Daniel Goodman, LLC 9701 W. Higgins Road, Ste. 601 Rosemont, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Insurance Companies State Farm Mutual Auto Ins. Co. P.O. Box 2374 Bloomington, IL 61702 | | | | | |
| | State Farm Mutual Automobile Insurance Company PO Box 2374 Bloomington, IL 61702 | | | | | |
| | T-Mobile Financial PO Box 2400 Young America, MN 55553 | | | | | |
| | T-Mobile Financial PO Box 2400 Young America, MN 55553 | | | | | |
| | T-Mobile PO Box 742596 Cincinnati, OH 45274 | | | | | |
| | T-Mobile PO Box 742596 Cincinnati, OH 45274 | | | | | |
| | T-Mobile PO Box 790047 Saint Louis, MO 63179 | | | | | |
| | T-Mobile PO Box 790047 Saint Louis, MO 63179 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | TCF Bank 8690 East Point Douglas Road South Cottage Grove, MN 55016 |  |  |  |  |  |
|  | TCF Bank TCF Financial Corporation 200 Lake Street Wayzata, MN 55391 |  |  |  |  |  |
|  | TCF Bank TCF National Bank 800 Burr Ridge Parkway Burr Ridge, IL 60527 |  |  |  |  |  |
|  | TCF National Bank 800 Burr Ridge Parkway Willowbrook, IL 60527 |  |  |  |  |  |
|  | TCF National Bank 8690 East Point Douglas Road South Cottage Grove, MN 55016 |  |  |  |  |  |
|  | Yudkin & Brebner, LLC PO Box 320 Waukegan, IL 60085 |  |  |  |  |  |
| 000001 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000002 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000005 | IRENEUSZ KOROLUK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | IRENEUSZ KOROLUK AS FATHER AND NEXT | | | | | |
| 000006 | MAGDALENA KOROLUK | | | | | |
| 000003 | STATE FARM MUTUAL AUTOMOBILE INS. C | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-49527 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | BURCIAGA, RAFAEL | | | Date Filed (f) or Converted (c): | 12/31/13 (f) |
| | | | | 341(a) Meeting Date: | 02/18/14 |
| For Period Ending: 12/10/14 | | | | Claims Bar Date: | 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand Location: 4500 N. St. Louis Avenue, 1 | 50.00 | 0.00 | | 0.00 | FA |
| 2. Checking account Chase Bank, Chicago, Illinois | 100.00 | 0.00 | | 0.00 | FA |
| 3. One-half (1/2) of savings account (co-owned with n | 15.00 | 0.00 | | 0.00 | FA |
| 4. One-half (1/2) of misc. items of furniture, to wit | 395.00 | 0.00 | | 0.00 | FA |
| 5. Misc. items of adult man's clothing Location: 4500 | 500.00 | 0.00 | | 0.00 | FA |
| 6. Misc. items of man's jewelry, to wit: watches (3) | 150.00 | 0.00 | | 0.00 | FA |
| 7. Interest in Midwest & Bedford (employer) 401(k) pr | 8,626.38 | 0.00 | | 0.00 | FA |
| 8. 2009 Ford Flex Suv; 126,000 miles; fair condition | 5,496.00 | 0.00 | | 0.00 | FA |
| 9. TAX REFUND (u) | 7,596.00 | 0.00 | | 3,404.00 | FA |
| 10. Avoident Action (u) | 0.00 | 0.00 | | 1,189.80 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $22,928.38 | $0.00 | | $4,593.80 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TAX REFUND RECEIVED after T.O. order against Debtor

TFR SUBMITTED 8/26/14

TFR Filed 10/9/2014

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 18.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-49527 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BURCIAGA, RAFAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8686 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0765 | | | |
| For Period Ending: | 12/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 06/26/14 | 9 | RAFAEL BURCIAGA | RCPTS - LIQUID. OF PERSONAL PROP. | | 1224-000 | 3,404.00 | | 3,404.00 |
| 07/17/14 | 10 | RAFAEL BURCIAGA | PAYMENTS RECEIVED | | 1290-000 | 1,189.80 | | 4,593.80 |
| | | AMERICA CASH LOANS | | | | | | |
| 11/07/14 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 11/6/2014 | | 2100-000 | | 814.87 | 3,778.93 |
| 11/07/14 | 010002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Atty for TR. Fees & Expenses<br>c/o 11/6/2014 | | | | 3,778.93 | 0.00 |
| | | | Fees | 3,771.20 | 3110-000 | | | |
| | | | Expenses | 7.73 | 3120-000 | | | |

| | | COLUMN TOTALS | 4,593.80 | 4,593.80 | 0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 4,593.80 | 4,593.80 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 4,593.80 | 4,593.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8686) | 4,593.80 | 4,593.80 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,593.80 | 4,593.80 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  4,593.80  4,593.80

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 13-49527 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BURCIAGA, RAFAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8686  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0765 | | | |
| For Period Ending: | 12/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03a